David WEDGE, Plaintiff–Appellant

v.

CAJUN DEEP FOUNDATIONS,
L.L.C., Defendant–Appellee.

No. 14–30411.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2014.

Timothy John Young, Esq., Tammy
Dianne Harris, Esq., Young Firm, New
Orleans, LA, for Plaintiff–Appellant.

Anthony John Staines, Esq., Jason Robert Kenney, Esq., Corey Patrick Parenton,
Esq., Staines & Eppling, A.P.L.C., Metairie, LA, for Defendant–Appellee.

Before STEWART, Chief Judge, and
BARKSDALE, and GRAVES, Circuit
Judges.

PER CURIAM: *

Cajun Deep Foundations, L.L.C., was
awarded summary judgment on David
Wedge's Jones Act claim under 46 U.S.C
§ 30104 *et seq.* Wedge claims he showed
he is entitled to seaman status. *Chandris,
Inc. v. Latsis,* 515 U.S. 347, 354, 115 S.Ct.
2172, 132 L.Ed.2d 314 (1995); *see also* 46
U.S.C § 30104. Having reviewed the
briefs, the record, and the applicable law,
and essentially for the reasons stated by
the district court, *Wedge v. Cajun Deep*

* Pursuant to 5th Cir. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5th Cir.
R. 47.5.4.

*Foundation, L.L.C.,* No. 13–1257, 2014 WL
1329830 (E.D.La.2014), the judgment is
AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.